AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| LUXOTTICA GROUP S.p.A., an Italian corporation,<br><br>*Plaintiff(s)*<br>v.<br>PURE LIQUIDATION LIMITED, a Canadian corporation, PAYAM ASGARI, individually, and SAMIN KAZEMI SERESHT, individually,<br>*Defendant(s)* | Civil Action No. 23-CV-21741 ALTMAN |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Payam Asgari
68 Sapphire Drive
Richmond Hill, ON L4S 2E6
Canada

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David B. Rosemberg
Rosemberg Law
20200 West Dixie Highway, Suite 602
Aventura, FL 33180

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 05/09/2023

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Patricia Curtis*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| LUXOTTICA GROUP S.p.A., an Italian corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No. 23-CV-21741 ALTMAN |
| PURE LIQUIDATION LIMITED, a Canadian corporation, PAYAM ASGARI, individually, and SAMIN KAZEMI SERESHT, individually, | | |
| *Defendant(s)* | | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Samin Kazemi Sereshi
101 Cooperage Crescent
Richmond Hill, ON L4C 9M2
Canada

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David B. Rosemberg
Rosemberg Law
20200 West Dixie Highway, Suite 602
Aventura, FL 33180

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  05/09/2023

Angela E. Noble
Clerk of Court

*s/ Patricia Curtis*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| | |
|---|---|
| LUXOTTICA GROUP S.p.A., an Italian corporation,<br><br>*Plaintiff(s)*<br><br>v.<br><br>PURE LIQUIDATION LIMITED, a Canadian corporation, PAYAM ASGARI, individually, and SAMIN KAZEMI SERESHT, individually,<br><br>*Defendant(s)* | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   PURE LIQUIDATION LIMITED
101 Cooperage Crescent
Richmond Hill, ON L4C 9M2
Canada

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David B. Rosemberg Rosemberg Law
20200 West Dixie Highway, Suite 602
Aventura, FL 33180

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: _____

*s/ Patricia Curtis*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court